Argued March 29, affirmed April 8, 1974

IN THE MATTER OF THE DISSOLUTION OF THE MARRIAGE OF
HOPMAN, *Respondent, and* HOPMAN (No. 386 889),
*Appellant.*
520 P2d 365

*Charles V. Elliott,* Portland, argued the cause for appellant. With him on the brief were Elliott & Davis, Portland.

*Francis F. Yunker,* Portland, argued the cause for respondent. With him on the brief was Darrell E. Bewley, Portland.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

The sole issue on this dissolution-of-marriage appeal is a challenge to that portion of the decree which determined which party should have the custody of three children. We conclude that the trial judge's determination was proper. *Tingen v. Tingen,* 251 Or 458, 446 P2d 185 (1968); *Sarty v. Forney,* 12 Or App 251, 506 P2d 535 (1973).

Affirmed.